United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Melvin Terril Inman<br>1167 Patterson St.<br>Adel, GA 31620 | Chapter 13<br><br>Case No. 10-71708-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $242.00 in unclaimed funds of Cash Now, creditor.

Last Known Address (Most recent listed left to right):

Cash Now
1913 N. Ashley Street
Valdosta, GA 31602

Dated: 7/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee